CORISSA ENNEKING

**Plaintiff**

vs

NOVO NORDISK A/S, ET AL

**Defendant**

20240715104443

In the _____ Court Of _Eastern district_

_pennsylvania_ Venue

Docket Number: 2 24 CV 02944 KSM

**Person to be served** (Name and Address):
NOVO NORDISK, INC.
800 SCUDDERS MILL ROAD
PLAINSBORO  NJ  08536
**By serving:** NOVO NORDISK, INC.

**Attorney:** ESTHER BEREZOFSKY, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET, DESIGNATION FORM

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

| Service Data: | [X] Served Successfully | [ ] Not Served |
|---|---|---|
| Date/Time: | 7/16/2024 10:52 AM | |

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

NICOLE LARUSSO

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                    Date/Time: _____
                    Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

___17___ day of ___July___, 20___

Notary Signature: _____

Name of Notary        Commission Expiration

**Docusign Court Approved E-Signature**

I, DAVID FILARSKI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server        Date 7/12/2024

Name of Private Server: DAVID FILARSKI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952